AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DMITRIY SHULGAN, LYUBOV SHULGAN, and their marital community; PETER RADCHUK, SERAFINA RADCHUK, and their marital community;
                              Plaintiffs,
                    v.

PETER NOETZEL, JANE DOE NOETZEL, SEAN WALTER, JANE DOE WALTER, JANE DOE, JOHN DOE, and SPOKANE COUNTY,
                              Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-051-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is Granted and Plaintiffs' Complaint and Claims therein are dismissed with prejudice.

| April 10, 2008 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |